IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 1:18-CR-143(1) |
| PATRICK WAYNE BRONNON | § § | |

## **ELEMENTS OF THE OFFENSE**

COMES NOW, the United States of America, by and through the United States Attorney for the Eastern District of Texas, and files this pleading summarizing the elements of the offense to which the Defendant intends to enter a plea of guilty to Count One of an indictment, which charges a violation of 18 U.S.C. § 1349, Conspiracy to commit Mail Fraud; and, Count 39 which charges a violation of 18 U.S.C. § 844(h), Use of Fire in Commission of a Felony.

For the defendant to be found guilty of Count One, Conspiracy to Commit Mail Fraud, the government must prove each of the following beyond a reasonable doubt:

1. That two or more persons, in some way or manner, agreed to try to accomplish a common and unlawful plan to commit Mail Fraud, as charged in the indictment; and,

2. That the defendant knew the unlawful purpose of the plan and willfully joined in it; and,

3. That one of the conspirators during the existence of the conspiracy knowingly committed at least one of the overt acts described in the indictment, in order to accomplish some object or purpose of the conspiracy.

The elements of Mail Fraud are:

1. That the defendant knowingly devised or intended to devise a scheme to defraud;

2. That the scheme to defraud employed false material representations;

3. That the defendant caused something to be sent through the United States Postal Service for the purpose of executing such scheme or attempting to do so; and

4. That the defendant acted with a specific intent to defraud.

For the defendant to be found guilty of Count Thirty-Nine, Use of Fire in Commission of a Felony, the government must prove each of the following beyond a reasonable doubt:

1. That the defendant used fire; and

2. That the defendant did so to commit a felony which may be prosecuted in federal court, that is Mail Fraud, the elements of which have previously been described.

Respectfully submitted,

JOSEPH D. BROWN
UNITED STATES ATTORNEY

*/s/ Christopher Tortorice*
CHRISTOPHER TORTORICE
Assistant United States Attorney
Texas Bar No. 24048912
350 Magnolia, Suite 150
Beaumont, Texas   77701
(409) 839-2538
(409) 839-2550 (fax)
email:   chris.tortorice@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a copy of these Elements of the Offense was delivered to counsel for the Defendant, on this the 20th day of May 2019, by electronic filing.

/s/ *Christopher Tortorice*
CHRISTOPHER TORTORICE
ASSISTANT UNITED STATES ATTORNEY